[Decided January 30, 1888.]

## J. LESSMAN *v.* TERRITORY OF WASHINGTON.

LOCAL OPTION LAW—INTOXICATING LIQUORS—DELEGATION OF LEGISLATIVE AU-
THORITY.—The local option act of this territory (Sess. Laws, 1885-6, p. 31),
giving to election precincts the power to repeal existing laws and pro-
hibit the sale of liquor within its boundaries, by a petition to the county
commissioners and a vote of the majority of the electors of such precinct,
is invalid, as a delegation of legislative authority, and also because pre-
cincts are not municipal corporations capable of receiving such grant,
and therefore cannot exercise the power granted.   (Following *Thornton
v. Territory, supra,* p. 482.)

ERROR to the District Court, holding terms at Montesano.
Second District.

Appeal from a judgment of fine rendered upon a convic-
tion for a violation of the local option act.

Per CURIAM.—For the reasons stated in the case of *Thorn-
ton v. Territory,* 3 Wash. 482, decided at this term, the
judgment rendered in this case is reversed.